UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JAMES A. GLIOTTONI, | ) | Case No. 10-11081 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

**TRUSTEE'S FIRST AND FINAL APPLICATION
FOR COMPENSATION AND EXPENSES**

NOW COMES R. SCOTT ALSTERDA, Trustee herein, pursuant to 11 U.S.C. §330, and requests the allowance and payment of $1,358.90 as compensation, no amount of which has previously been paid.

I.    **COMPUTATION OF COMPENSATION**

The Trustee performed at least 5.40 hours of services on behalf of the estate for the period from September 19, 2010 through July 1, 2012 with a value of $2,745.00 exclusive of the additional time spent by the Trustee in preparing and filing the Trustee's Final Report and this Application, attending the hearing on the Trustee's Fee Application and Final Report, issuing the distribution checks and preparing and filing the Trustee's Final Account. The value of the actual time spent by the Trustee in this case exceeds the amount which the Trustee can be awarded pursuant to 11 USC § 326. A detailed description of the tasks performed by the Trustee is attached hereto as Exhibit "A" and copy of the Trustee's detailed time records for this case from September 19, 2010 through July 1, 2012 is attached hereto as Exhibit "B."

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $6,056.56. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

|  |  |  |
|---|---|---|
| 25% of the First $5,000.00 | 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | 108.90 | ($4,500.00 max.) |
| 05% of next $950,000.00 | 0.00 | ($47,500.00 max.) |
| 03% of balance | 0.00 |  |
| **TOTAL COMPENSATION** | **$1,358.90** |  |

II. **TRUSTEE'S EXPENSES**

| Disbursements (Trustee) | $0.00 |
|---|---|
| **TOTAL EXPENSES** | **$0.00** |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

DATE: July 3, 2012                             Respectfully Submitted

                                               R. SCOTT ALSTERDA, TRUSTEE

                                               /s/ R. Scott Alsterda

R. SCOTT ALSTERDA, Trustee
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL  60602-4283
312-977-9203
312-977-4405 (Fax)
rsalsterda@uhlaw.com