UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JAMES A. GLIOTTONI, | ) | Case No. 10-11081 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

**FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

R. SCOTT ALSTERDA and UNGARETTI & HARRIS LLP (collectively "U&H"), counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this first and final application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Debtor filed his voluntary petition under Chapter 7 on March 15, 2010.

2. The first meeting of creditors was held on April 29, 2010. The Debtor's Chapter 7 case is related to the Broderick Teaming Company's Chapter 7 case (No. 10-10065). The cases are related because Mr. Gliottoni owned 100% of the stock in Broderick Teaming Company.

3. On October 28, 2010, an order was entered approving the employment of U&H as counsel for the Trustee. A copy of the October 28, 2010 Order approving the employment of Ungaretti & Harris LLP as counsel for Trustee is attached hereto as Exhibit "A."

4. U&H is requesting the allowance and payment of $668.50, in compensation for 2.50 hours of services performed during the period from October 13, 2010 through October 28, 2010 and reimbursement of actual expenses in the amount of $4.88.

5. A description of the nature of the services rendered and the major activities undertaken by U&H on behalf of the Trustee in this case are as follows:

6. <u>Employment of Bankruptcy Counsel</u>. U&H provided 2.50 hours of services to the Trustee with a value of $668.50 in connection with the Trustee's motion to employ U&H as his bankruptcy counsel. The services included drafting the motion and attending the hearing on the motion, which was granted on October 28, 2010.

7. <u>Summary of Services</u>. The services provided to the Trustee by U&H are summarized as follows:

| CATEGORY | HOURS | VALUE |
|---|---|---|
| Employment of Bankruptcy Counsel | 2.50 | $668.50 |
| TOTALS | 2.50 | $668.50 |

8. Attached as Exhibit "B" is an itemized statement of the legal services rendered by U&H in chronological order. The statement reflects the legal services rendered, the time expended and a description of the work performed.

9. The time expended and services rendered by the individual U&H attorneys are summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| R. Scott Alsterda | .30 | $505.00 | $151.50 |
| Patrick F. Ross | 2.20 | $235.00 | $517.00 |
| TOTAL | 2.50 | | $668.50 |

10. Exhibit "B" also includes an itemized statement of the actual expenses incurred by U&H in connection with its representation of the Trustee. These expenses include postage ($4.88).

2

11. Based on the nature, extent and value of services performed by U&H, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

12. At all times during U&H's representation of the Trustee, U&H was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which U&H was employed.

WHEREFORE, U&H requests that it be awarded reasonable compensation in the amount of $668.50 for legal services rendered in this case and reimbursement of actual and necessary expenses in the amount of $4.88.

DATE: July 3, 2012

Respectfully Submitted

UNGARETTI & HARRIS LLP

/s/ R. Scott Alsterda

Of Counsel:
R. SCOTT ALSTERDA (ARDC 3126771)
UNGARETTI & HARRIS, LLP
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL 60602-4283
312-977-9203
312-977-4405 (Fax)
rsalsterda@uhlaw.com