**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                   §
                                         §
GLIOTTONI, JAMES A                       §    Case No. 10-11081 CAD
                                         §
          Debtor(s)                      §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          KENNETH S. GARDNER
          CLERK OF THE COURT
          219 South Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/05/2012 in Courtroom 742,
          United States Courthouse
          219 South Dearborn Street
          Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ R. SCOTT ALSTERDA, TRUSTEE


*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GLIOTTONI, JAMES A § Case No. 10-11081 CAD
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 6,089.06 |
| and approved disbursements of | $ | 32.45 |
| leaving a balance on hand of[1] | $ | 6,056.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 1,358.91 | $ 0.00 | $ 1,358.91 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 668.50 | $ 0.00 | $ 668.50 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 4.88 | $ 0.00 | $ 4.88 |
| Other: International Sureties, Ltd. | $ 9.73 | $ 9.73 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,032.29 |
| Remaining Balance | | $ | 4,024.32 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 121,236.33 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Advanta Bank Corp. in receivership of | $ 8,455.82 | $ 0.00 | $ 280.68 |
| 000002 | American Express Bank, FSB | $ 2,780.51 | $ 0.00 | $ 92.30 |
| 000003 | Brendan Broderick | $ 110,000.00 | $ 0.00 | $ 3,651.34 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,024.32 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

               Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
James A. Gliottoni  
    Debtor

Case No. 10-11081-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers              Page 1 of 2                  Date Rcvd: Aug 03, 2012
                              Form ID: pdf006             Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2012.
```
db          +James A. Gliottoni,    6449 W. Birch Ct.,    Monee, IL 60449-9238
16240553     Advanta Bank Corp. in receivership of,    FDIC,    c o Becket and Lee LLP,    POB 3001,
              Malvern, PA 19355-0701
15258507    +American Chartered Bank,    932 W. Randolph,    Chicago, IL 60607-2219
15369612    +American Express Bank FSB,    Pob 3001,    Malvern,PA 19355-0701
16249112     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15258508   #+Brendan Broderick,    1303 W. Nelson Street,    Chicago, IL 60657-4215
15258513    +Chase Bank Mortgage,    PO Box 9001020,    Louisville, KY 40290-1020
15258512    +Chase Bank Mortgage,    PO Box 78420,    Phoenix, AZ 85062-8420
15258514     Chase Card Services,    PO Box 15153,    Wilmington, DE 19886-5153
15258515    +Chicago Truck Drivers, Helpers and,    Warehouse Workers Union,    6648 S. Narragansett,
              Bedford Park, IL 60638-5112
15258516    +Melissa Gliottoni,    6449 W. Birch Dt.,    Monee, IL 60449-9238
15258517     Michael Vanek,    3820 S. Loomis,    Chicago, IL 60609
15258518    +National Benefit Services, Inc.,    300 W. Adams St., #326,    Chicago, IL 60606-5107
15258519    +State Farm Bank,    PO Box 2316,    Bloomington, IL 61702-2316
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15258505     E-mail/Text: bkr@cardworks.com Aug 03 2012 23:05:47      Advanta Bank Corp.,    PO Box 8088,
              Philadelphia, PA 19101
                                                                                              TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15258510*   +Broderick Teaming Company, Inc.,    1407 W. Pershing Rd.,    Chicago, IL 60609-2407
15258506   ##+ALG Holdings, Inc.,    1407 W. Pershing Rd.,    Chicago, IL 60609-2407
15258509   ##+Broderick Teaming Company,    1407 W. Pershing Rd.,    Chicago, IL 60609-2407
15258511   ##+C&J Holdings, Inc.,    1407 W. Pershing Road,    Chicago, IL 60609-2407
                                                                                       TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: mflowers              Page 2 of 2                  Date Rcvd: Aug 03, 2012
                               Form ID: pdf006             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2012 at the address(es) listed below:

          Patrick F Ross   on behalf of Trustee R Alsterda pfross@uhlaw.com,
           kburde@uhlaw.com;rjanczak@uhlaw.com;TEFiester@uhlaw.com;KAMcLoud@uhlaw.com;keedeus@uhlaw.com;sgfe
           ibus@uhlaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          R Scott Alsterda   rsalsterda@uhlaw.com,   ralsterda@ecf.epiqsystems.com
          Scott R Clar   on behalf of Debtor James Gliottoni sclar@craneheyman.com,
           mjoberhausen@craneheyman.com;asimon@craneheyman.com

                                                                                                                                 TOTAL: 4